```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00714
   MAURICE BOYD
   KATHERINE BOYD                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2110    SSN XXX-XX-4375

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/14/2008 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG        .00           .00          .00
FLAGSTAR BANK              MORTGAGE ARRE        .00           .00          .00
CAPITAL ONE                UNSECURED         682.68           .00          .00
WORLD FINANCIAL NETWORK    UNSECURED          86.22           .00          .00
ONYX ACCEPTANCE CORP       SECURED VEHIC   12969.00        501.28       625.39
GALWAY FINANCIAL SVC LLC   UNSECURED         893.86           .00          .00
CITIFINANCIAL MTG          UNSECURED      NOT FILED           .00          .00
CORPORATE                  UNSECURED      NOT FILED           .00          .00
CREDIT PROTECTION          UNSECURED      NOT FILED           .00          .00
FIFTH THIRD BANK           UNSECURED      NOT FILED           .00          .00
MIDNIGHT VELVET            UNSECURED         286.43           .00          .00
AFNI/MCI                   UNSECURED         157.79           .00          .00
PROFFESSIONAL ACCOUNT MG   UNSECURED      NOT FILED           .00          .00
REVENUE PRODUCTION MGT     UNSECURED      NOT FILED           .00          .00
TCF BANK                   UNSECURED      NOT FILED           .00          .00
UNIFUND CCR PARTNERS       UNSECURED      NOT FILED           .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED         573.54           .00          .00
CITIFINANCIAL INC          MORTGAGE ARRE     196.60           .00          .00
CITIFINANCIAL INC          CURRENT MORTG        .00           .00          .00
ILLINOIS TITLE LOANS       SECURED VEHIC    1065.00           .00        80.00
ILLINOIS TITLE LOANS       UNSECURED         131.35           .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       13280.10           .00          .00
ONYX ACCEPTANCE CORP       UNSECURED         331.78           .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED         830.94           .00          .00
ECAST SETTLEMENT CORP      UNSECURED         474.51           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,334.00                   3,020.30
TOM VAUGHN                 TRUSTEE                                       363.03
DEBTOR REFUND              REFUND                                        510.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS

            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 08 B 00714 MAURICE BOYD & KATHERINE BOYD
```

```
-------------------------------------------------------------------------------
TRUSTEE                                        5,100.00

PRIORITY                                                                    .00
SECURED                                                                  705.39
    INTEREST                                                             501.28
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         3,020.30
TRUSTEE COMPENSATION                                                     363.03
DEBTOR REFUND                                                            510.00
                                          ---------------    ---------------
TOTALS                                         5,100.00            5,100.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                        PAGE   2
        CASE NO. 08 B 00714 MAURICE BOYD & KATHERINE BOYD